UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RAYMOND McMAHON,

                          Plaintiff,

  -against-

JOHN E. POTTER, Postmaster General,

                         Defendant.
-----------------------------------------------------------------X

JUDGMENT
07-CV- 5396 (JG)

FILED
IN CLERK'S OFFICE
DISTRICT COURT E.D.N.Y.

★ AUG 0 6 2008 ★

BROOKLYN OFFICE

       An Order of Honorable John Gleeson, United States District Judge, having been filed on August 1, 2008, adopting the Report and Recommendation of Magistrate Judge Lois Bloom, dated July 7, 2008, dismissing the complaint pursuant to Federal Rule of Civil Procedure 16(f); it is

       ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the Report and Recommendation of Magistrate Judge Lois Bloom is adopted; and that the complaint is dismissed pursuant to Federal Rule of Civil Procedure 16(f).

Dated: Brooklyn, New York
         August 05, 2008

                                                                            s/Robert C. Heinemann
                                                                            ROBERT C. HEINEMANN
                                                                            Clerk of Court